# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STACEY LAMONT MOSLEY,** | : No. 3:14cv468 |
| Petitioner | : |
| | : **(Judge Munley)** |
| v. | : |
| | : **(Magistrate Judge Saporito)** |
| **LOUIS S. FOLINO,** | : |
| Defendant | : |

## ORDER

**AND NOW**, to wit, this 14th day of June 2016, it is **HEREBY ORDERED** as follows:

1. Petitioner's objection to the Report and Recommendation (Doc. 26) is **SUSTAINED**;

2. Magistrate Judge Saporito's Report and Recommendation (Doc. 25) is **NOT ADOPTED**; and

3. This case is remanded to Magistrate Judge Saporito for a Report and Recommendation addressing the merits of the instant section 2254 petition.

                                                 **BY THE COURT:**

                                                 **s/ James M. Munley**
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Court**