# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY LAMONT MOSLEY, | : | No. 3:14cv468 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| LOUIS S. FOLINO, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 14th day of February 2019, it is hereby **ORDERED** as follows:

1) The report and recommendation (Doc. 31) is **ADOPTED**;

2) The objections (Doc. 34) are **OVERRULED**;

3) Petitioner Mosley's petition for writ of habeas corpus (Doc. 1) is **DENIED**;

4) Because Petitioner Mosley has failed to make a showing of a denial of a constitutional right, we decline to issue a certificate of appealability; and

5) The clerk of court is directed to close this case.

                                              **BY THE COURT:**

                                              s/ James M. Munley
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**